UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CIVIL ACTION NO. 4:11-cv-03256

| | |
|---|---|
| ASNALDO DEL VALLE GONZALEZ, and CARMEN M. YANEZ DE GONZALEZ, as Co-Personal Representative for THE ESTATE OF YESSENIA COROMOTOA GONZALEZ YANEZ, DECEASED on Behalf Of the Estate and All Potential Beneficiaries and/or Survivors, | Consolidated with:<br>4:11-cv-03252<br>4:11-cv-03257<br>4:11-cv-03260<br>4:11-cv-03262 |

        Plaintiff,
vs.

AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC., *et al.,*

        Defendants.
_____/

## MOTION FOR ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, ASNALDO DEL VALLE GONZALEZ, and CARMEN M. YANEZ DE GONZALEZ, as Co-Personal Representative for THE ESTATE OF YESSENIA COROMOTOA GONZALEZ YANEZ, DECEASED on Behalf Of the Estate and All Potential Beneficiaries and/or Survivors, files this request under Federal Rule of Civil Procedure 41, seeking an Order granting Voluntary Dismissal **Without Prejudice** as to all claims against all Defendants, with each party to bear their own attorneys' fees and costs.

        Respectfully submitted,

        s/ Ricardo M. Martinez-Cid
        Ricardo M. Martinez-Cid (FBN 383988)
        rmcid@podhurst.com
        **PODHURST ORSECK, P.A.**
        25 West Flagler Street, Suite 800
        Miami, FL 33130
        Telephone: (305) 358-2800
        Fax: (305) 358-2382
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/ Ricardo M. Martínez-Cid

SERVICE LIST

*Gonzalez v. Aircraft Guaranty*

Civil Action No. 4:11-cv-03256

United States District Court, Southern District of Texas

Richard Bass, Esq.

Email: richard@rwbasslaw.com

**THE BASS LAW FIRM, PLLC**

11109 Cutten Rd., Suite 206

Houston, TX 77066

Telephone: (713) 589-5679

Fax: (713) 429-0419

Attorneys for Def Aircraft Guaranty Holdings