UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CIVIL ACTION NO. 4:11-cv-03256

| | |
|---|---|
| ASNALDO DEL VALLE GONZALEZ, and CARMEN M. YANEZ DE GONZALEZ, as Co-Personal Representative for THE ESTATE OF YESSENIA COROMOTOA GONZALEZ YANEZ, DECEASED on Behalf Of the Estate and All Potential Beneficiaries and/or Survivors, | Consolidated with:<br>4:11-cv-03252<br>4:11-cv-03257<br>4:11-cv-03260<br>4:11-cv-03262 |

Plaintiff,

vs.

AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC., *et al.,*

Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiffs' Motion for Voluntary Dismissal without Prejudice filed on December 13, 2013.

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED without prejudice**, with each party bearing its own attorneys' fees and costs.

**DONE AND ORDERED** in Chambers in Houston, Texas, this _14th_ day of _December_, 2012.

_____
Hon. Sim Lake
**United States District Judge**